DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. BOYD

No. 76P97

Case below: 124 N.C.App. 230

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 June 1997.

STATE v. BROWN

No. 120P97

Case below: 120 N.C.App. 647

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals dismissed 5 June 1997.

STATE v. CHEATHAM

No. 198P97

Case below: 125 N.C.App. 744

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

STATE v. COX

No. 154P97

Case below: 125 N.C.App. 616

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

STATE v. CRISP

No. 224P97

Case below: 126 N.C.App. 30

Notice of appeal by defendant (substantial constitutional question) dismissed 5 June 1997. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.